UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO.: 98-10140-GAO

JONATHAN MOORE
Petitioner,

v.

UNITED STATES OF AMERICA.

ORDER
May 21, 2012

O'TOOLE, D.J.

Whether the defendants "Motion to Reconsider Sentence" (dkt. no. 91) is construed as a motion under 28 U.S.C. § 2255 or under Rule 35 of the Federal Rules of Criminal Procedure, the only two plausible avenues of relief, the motion is untimely. See 28 U.S.C. § 2255(f) (one year); Fed. R. Crim. P. 35(a) (14 days).

As a matter of substance, the motion also lacks merit. The defendant's state record included several offenses for which the maximum term of imprisonment authorized was ten years, without reference to any enhancement for recidivism. See Mass. Gen. Laws, ch. 94C, §§ 32, 32A.

The motion is DENIED.

To the extent the motion is construed as a motion under § 2255, the Court DENIES a certificate of appealability, as the issue is free from doubt.

SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge